IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-065-01 KJM |
| Plaintiff, | ) ) | ORDER TO FILE UNDER SEAL |
| v. | ) ) | |
| JOHN ZEKE HARPER, | ) ) | |
| Defendant. | ) ) | |

The Court having found that the Defendant's Motion to Seal Defense Exhibit A is justified, because Exhibit A contains only the defendant's confidential medical records, and the motion being unopposed,

**IT IS HEREBY ORDERED** that Defense Exhibit A is sealed.

Dated: November 7, 2017.

_____
UNITED STATES DISTRICT JUDGE

Order -1-