McGREGOR W. SCOTT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-065 KJM |
| Plaintiff, | STIPULATION AND REQUEST FOR PROBATION RECORDS; ORDER |
| v. | |
| JOHN ZEKE HARPER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This Court signed a probation petition from Probation Officer Gelareh Farahmand on February 20, 2019.

2. By previous order, the Evidentiary Hearing in this matter was set for March 18, 2019.

3. By this stipulation, the United States now moves for an order authorizing the probation office to disclose to government and defense counsel any and all documents related to the charges in the petition that are in the possession of the probation office, including chronological reports, the results of drug tests, and any other documents relevant to the petition.

4. Defendant joins in this request.

IT IS SO STIPULATED.

1

Dated: March 8, 2019     MCGREGOR W. SCOTT
                         United States Attorney

                         /s/ Michele Beckwith
                         Michele Beckwith
                         Assistant United States Attorney


Dated: March 8, 2019     /s/ Douglas J. Beevers
                         Douglas J. Beevers
                         Counsel for Defendant
                         JOHN ZEKE HARPER

## ORDER

IT IS SO ORDERED this 13th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE